# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00680-CV

**KBDJ, L.P., Appellant**

v.

**Anne Ashmun and Neighbors Organized to Protect the
Environment, Inc. (NOPE), Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. GN402297, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant, KBDJ, L.P., has filed a motion for voluntary dismissal of its appeal. Appellees do not oppose the motion. Accordingly, we grant the motion and dismiss the underlying appeal.

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Appellant's Motion

Filed: October 27, 2005

Do Not Publish